No. 00–5041. TAYLOR *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5042. YAPP *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–5043. VASQUEZ *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5044. YUSKO *v.* TRUGREEN-CHEMLAWN ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–5045. MOSER *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–5047. VALDEZ *v.* KRANNING, SUPERINTENDENT, BRANCHVILLE CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 00–5049. McCOLM *v.* CARTER HAWLEY HALE, INC., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–5050. LEVARIO *v.* STATE BAR OF TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 00–5051. LOPEZ, AKA HERNANDEZ *v.* THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 00–5052. LANDRY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5054. DAVIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5055. CAUSEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–5056. CASTRO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–5057. GIBSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.